```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 09909
   LINDA F GREENWOOD
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6835

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 08/15/2006 and was confirmed 10/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/27/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG   18029.31           .00       18029.31
CITIMORTGAGE               MORTGAGE ARRE    1126.15           .00         992.27
CITY OF CHICAGO DEPT OF    SECURED           127.64           .00          48.62
CMS MBIA                   UNSEC W/INTER NOT FILED            .00            .00
CARD SERVICES              NOTICE ONLY   NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    5646.57           .00            .00
B-LINE LLC                 NOTICE ONLY   NOT FILED            .00            .00
DOMINION PEOPLES PLUS      UNSEC W/INTER NOT FILED            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSEC W/INTER NOT FILED            .00            .00
T-MOBILE USA               UNSEC W/INTER     334.72           .00            .00
T MOBILE                   NOTICE ONLY   NOT FILED            .00            .00
WEST SUBURBAN HOSPITAL     UNSEC W/INTER NOT FILED            .00            .00
CITIMORTGAGE INC           NOTICE ONLY   NOT FILED            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY     1,984.20                     1,984.20
TOM VAUGHN                 TRUSTEE                                      1,495.60
DEBTOR REFUND              REFUND                                           .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 22,550.00

PRIORITY                                             .00
SECURED                                        19,070.20
UNSECURED                                            .00
ADMINISTRATIVE                                  1,984.20
TRUSTEE COMPENSATION                            1,495.60
DEBTOR REFUND                                        .00
                         ---------------       ---------------
TOTALS                  22,550.00              22,550.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09909 LINDA F GREENWOOD

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 01/26/09                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```